```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04450
  DONALD L KUHN
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
  SSN XXX-XX-6606


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

  1. The case was filed on 02/27/08 .

  2. The case was dismissed without confirmation, 06/05/2008.

-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------------
EMC MORTGAGE             CURRENT MORTG        .00            .00            .00
EMC MORTGAGE             MORTGAGE ARRE   NOT FILED           .00            .00
ALL AMERICAN CASH ADVANC SECURED VEHIC        .00            .00            .00
GLEN EAGLE FARMS H/O ASS SECURED              .00            .00            .00
ILLINOIS DEPT REVENUE    UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00         .00          .00           .00
PRINCIPAL PAID           .00          .00         .00          .00           .00
INTEREST PAID            .00          .00         .00          .00           .00
TOTAL PAID               .00          .00         .00          .00           .00
The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $    3500.00
and was paid $   2000.00   direct and $       .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 09/18/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 08 B 04450 DONALD L KUHN
```